AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sigler, Sage M. | U.S. Bankruptcy Court, Northern District of Georgia | 7/23/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge (Active, Full Time) | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1215 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sigler, Sage M. | 7/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | International Women's Insolvency & Restructuring Confederation (IWIRC) | 06/03/2019-06/08/2019 | Belo Horizonte, Brazil | IWIRC Brazil Judicial Panel on Restructuring | Transportation, Lodging, and Meals |
| 2. | American Bankruptcy Institute | 07/14/2019-07/15/2019 | Alexandria, VA | Taping of Eye on Bankruptcy Presentation | Transportation, Lodging, and Meals |
| 3. | American Bankruptcy Institute | 07/18/2019-07/21/2019 | Ponte Vedra, FL | ABI Southeast Annual Confernce | Transportation, Lodging, and Meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Roundpoint Servicing | Mortgage on Rental Property | N |
| 2. U.S. Department of Education/Nelnet | Student Loan | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sigler, Sage M. | 7/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property Charleston County, SC | E | Rent | O | W | | | | | |
| 2. AT&T Stock | A | Dividend | | | Sold | 04/25/19 | J | A | |
| 3. Merck Stock | A | Dividend | | | Sold | 04/25/19 | J | A | |
| 4. Walgreens Stock | A | Dividend | | | Sold | 04/25/19 | J | A | |
| 5. Wells Fargo Cash Accounts (Y) | | | | | | | | | |
| 6. Chase Cash Accounts | A | Interest | J | T | | | | | |
| 7. Capital One 360 Cash Accounts | A | Interest | K | T | | | | | |
| 8. Health Savings Account (H) | | | | | | | | | |
| 9. Vanguard 500 Index Fund Admiral Shares (VFIAX) | A | Dividend | | | Sold | 04/08/19 | K | A | |
| 10. Vanguart Int. Growth Fund Admiral Shares (VWILX) | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 11. Vanguard Mid-Cap Index Fund Admiral Shares (VIMAX) | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 12. Vanguard Small-Cap Index Fund Admiral Shares (VSMAX) | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 13. Vanguard Total Int. Stock Index Fund Admiral Shares (VTIAX) | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 14. Health Savings Account (H) | | | | | | | | | |
| 15. FSMAX | A | Dividend | K | T | Buy | 05/08/19 | K | | |
| 16. FXAIX | A | Dividend | K | T | Buy | 05/08/19 | K | | |
| 17. FNCMX | B | Dividend | K | T | Buy | 05/08/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sigler, Sage M.** | 7/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 401(k) Account (H) | | | | | | | | | |
| 19. Invesco Equity and Income R5 | A | Dividend | | | Sold | 08/06/19 | J | A | |
| 20. PIMCO All Asset Inst. | A | Dividend | J | T | | | | | |
| 21. Vanguard Instl. Target Retirement 2045 Fd | B | Dividend | L | T | Buy (add'l) | 09/03/19 | J | | |
| 22. Principal SmallCap R-6 | A | Dividend | K | T | | | | | |
| 23. Fidelity Contrafund CIT | A | Dividend | K | T | Buy (add'l) | 09/03/19 | J | | |
| 24. Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 25. MFS Mid Cap Value R-6 | A | Dividend | K | T | | | | | |
| 26. PRIMECAP Odyssey Aggressive Growth | A | Dividend | K | T | | | | | |
| 27. WF/T Rowe Price Inst LCG Mgd CIT N | A | Dividend | L | T | Buy (add'l) | 09/03/19 | J | | |
| 28. Wells Fargo Enhanced Stock Market CIT N | A | Dividend | K | T | | | | | |
| 29. Oppenheimer Developing Markets Y | A | Dividend | K | T | | | | | |
| 30. Vanguard Total Intl. Stock Index Inst. | B | Dividend | L | T | Buy (add'l) | 09/03/19 | J | | |
| 31. AllianzGI Technology Institutional | B | Dividend | K | T | | | | | |
| 32. Invesco Real Estate R5 | A | Dividend | J | T | | | | | |
| 33. Vanguard Equity Income Adm | A | Dividend | J | T | Buy | 08/06/19 | J | | |
| 34. GA 529 Account (H) | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sigler, Sage M.** | 7/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Fund 8518 | A | Dividend | J | T | Buy | 05/10/19 | J | | |
| 36. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 37. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sigler, Sage M. | 7/23/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sigler, Sage M. | 7/23/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sage M. Sigler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544